UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA PEREZ, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF MARIN, <br> Defendant. | Case No. 18-cv-04938-AGT <br><br> **ORDER APPROVING COLLECTIVE ACTION SETTLEMENT** <br> Re: Dkt. No. 53 |

The county of Marin has agreed to pay a total of $2.096 million to 39 of its social-worker employees to settle their Fair Labor Standards Act claims for unpaid overtime. Finding this settlement to be fair and reasonable, the Court approves it.

The employees fall into three categories: senior-support service workers, line-staff social workers, and social-service unit supervisors. Employees in the first two categories had stronger claims, and under the settlement they will receive more than 100 percent of the overtime pay that they were denied (with the additional recovery reflecting potential claims for liquidated damages for willful conduct). *See* Mot. for Final Approval, ECF No. 53 at 6–8; McLachlan Decl. ¶¶ 2–3, ECF No. 64. Employees in the third category had weaker claims (they may have been exempt from overtime given their responsibilities and salaries) and will receive 50 percent of their estimated gross overtime. *See* ECF No. 53 at 6–7; McLachlan Decl. ¶¶ 4–5. These recoveries range from good to great and reasonably reflect the strengths of the claims and the risks of further litigation.

The county has also agreed to pay $585,692 to plaintiffs' counsel to cover their attorneys' fees. Before agreeing to that amount, the county reviewed counsel's billing records and negotiated what it believed was a reasonable fee award. *See* ECF No. 61, Raab Decl. ¶¶ 3–5. Having also

reviewed those billing records and the declarations submitted in support of the award, *see* ECF Nos. 59–60, the Court agrees. The fee award is fair and reasonable.

The settling parties are directed to consummate the settlement in accordance with its terms. All claims in this action are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 20, 2020

ALEX G. TSE
United States Magistrate Judge