United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONICA PEREZ, et al.,

           Plaintiffs,

    v.

COUNTY OF MARIN,

           Defendant.

Case No. 18-cv-04938-AGT

**ORDER ENTERING JUDGMENT**

On March 20, 2020, the Court granted plaintiffs' motion for final approval of the parties'

collective action settlement. *See* ECF No. 65. That order resolved all claims in the case, and in

light of it, the Court hereby enters judgment for plaintiffs, on the terms detailed in the parties'

settlement agreement.

**IT IS SO ORDERED.**

Dated: March 24, 2020

ALEX G. TSE
United States Magistrate Judge